**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 19-6565**

---

RONNIE D. REDDEN,

       Plaintiff - Appellant,

    v.

DAVID BALLARD, former Warden; WEST VIRGINIA DIVISION OF CORRECTIONS; WEXFORD HEALTH SOURCES, INCORPORATED,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Thomas E. Johnston, Chief District Judge. (2:17-cv-01549)

---

Submitted: July 18, 2019                         Decided: July 23, 2019

---

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronnie D. Redden, Appellant Pro Se. Charles R. Bailey, Jordan K. Herrick, BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie D. Redden appeals the district court's order denying Redden's motion for leave to amend his previously dismissed 42 U.S.C. § 1983 (2012) civil rights complaint. Upon review of the record, we conclude that the district court did not abuse its discretion in denying Redden leave to amend his complaint. *See Wilkins v. Montgomery*, 751 F.3d 214, 220 (4th Cir. 2014) (providing standard of review). Accordingly, we affirm the district court's order. *Redden v. Ballard*, No. 2:17-cv-01549 (S.D.W. Va. Mar. 27, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*